**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SYDNEY SNELLING,** | : | **No. 3:26cv3163** |
| | : | |
| **Plaintiff** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **DANIEL BLOCK, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, to wit, this 26th day of October 2026, upon preliminary review of plaintiff's complaint (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The claims against defendants Block and Patton are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). The Clerk of Court is directed to **TERMINATE** Daniel Block and William Patton as defendants in this action.

2. On or before November 5, 2026, plaintiff shall show cause why the claims against defendant Rosiak should not be dismissed for failure to exhaust administrative remedies. Failure to timely comply with this directive will result in dismissal of the claims against defendant Rosiak without further notice of court.

3. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. 1915(a)(3).

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**